IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA JEANETTE JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09cv468-ID |
| | ) (WO) |
| CYNTHIA S. WHEELER-WHITE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 31st day of July, 2009.

/s/ Ira Dement
IRA DEMENT
SENIOR UNITED STATES DISTRICT JUDGE